SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MICHAEL HARRIS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL HARRIS,

        Plaintiff,

    vs.

F & H TIRE POMONA, INC.; GROVER
M. LONG, AS TRUSTEE OF THE
GROVER M. LONG AND ROBIN D.
LONG REVOCABLE TRUST; and DOES
1 to 10,

        Defendants.

**Case No.: 5:25-cv-02043-SP**

**NOTICE OF VOLUNTARY
DISMISSAL OF ENTIRE ACTION
WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE** that MICHAEL HARRIS ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1                 (i)      A notice of dismissal before the opposing party serves either an

2                    answer or a motion for summary judgment.

3 None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4 summary judgment. Accordingly, this matter may be dismissed without an Order of the

5 Court.

6

7 DATED: November 24, 2025           **SO. CAL. EQUAL ACCESS GROUP**

8

9

10                    By:     */s/   Jason J. Kim*

11                          Jason J. Kim, Esq.

12                          Attorneys for Plaintiff

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**